UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALASKA NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

BRAVO ENVIRONMENTAL NW, INC.; PPV, INC.; MICHAEL HANSON and CHRISTINA HANSON,

Defendants.

NO: 1:14-CV-3107-TOR

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 3). Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on September 17, 2014. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 26, 2014.




THOMAS O. RICE
United States District Judge